UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Christina Vanostenbridge        Docket Number: 07-mj-07030-MJW-01

**Petition on Supervised Release**

    COMES NOW, Robert Haberman, probation officer of the court, presenting an official report upon the conduct and attitude of Christina Vanostenbridge who was placed on supervision by the Honorable Michael E. Hegarty sitting in the court at Colorado Springs, Colorado, on the 19th day of September, 2007, who fixed the period of supervision at one year, and imposed the general terms and conditions theretofore adopted by the court, $25.00 special assessment, $150.00 fine, and also imposed special conditions and terms as follows:

1. The defendant shall participate in a Level II Alcohol Education of testing and treatment for alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of supervision. The defendant will be required to pay the cost of treatment as directed by the probation officer.

2. The defendant shall perform 60 hours of community service as directed by the probation officer. Two of these hours are to be completed through the Mothers Against Drunk Driving Program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a Summons for a Supervised Release Violation Hearing.

    ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this __7th___ day of November, 2008, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Robert Haberman |
| | Robert Haberman |
| | United States Probation Officer |
| s/ Michael E. Hegarty | |
| Michael E. Hegarty | Place: Colorado Springs, Colorado |
| United States Magistrate Judge | |
| | Date: November 7, 2008 |

# ATTACHMENT

On November 28, 2007, the conditions of supervised release were read and explained to the defendant. On that date, she acknowledged in writing that the conditions had been read to her, that she fully understood the conditions, and that she was provided with a copy of them. The term of supervised release commenced on November 14, 2007.

The defendant has committed the following violations of supervised release:

1. **USE AND POSSESSION OF A CONTROLLED SUBSTANCE:**

On or about January 8, 2008, the defendant used a controlled substance.

This violation is based on the following facts:

On or about January 8, 2008, the defendant provided a random urine sample which tested positive for the use of methamphetamine. On January 21, 2008, I received verification from Kroll Laboratories which confirmed the positive sample for methamphetamine. On January 22, 2008, I met with the defendant and she admitted to being around people who were using methamphetamine, but she would not admit to using it herself.

On January 25, 2008, I notified Your Honor of this new usage and recommended no Court intervention and increased her testing to check for additional usage. Your Honor concurred with this action.

2. **FAILURE TO COMPLETE ALCOHOL TREATMENT AS ORDERED BY THE COURT:**

The defendant failed to complete a Court-ordered Level II Alcohol Awareness Education Class.

This violation is based on the following facts:

On November 28, 2007, the conditions of supervised release were read to the defendant and at that time, she was instructed that she had to complete a Level II Alcohol Education Program on or before November 13, 2008. As of the writing of this Petition, the defendant has two hours of her Level II Education Class to complete. I contacted the treatment agency and I was informed that the defendant would not be able to complete Level II Education until November 22, 2008.

3. **FAILURE TO PAY SPECIAL ASSESSMENT AND FINE AS DIRECTED:**

The defendant failed to make payments towards her special assessment and fine as directed by the probation officer.

This violation is based on the following facts:

On November 28, 2007, the conditions of supervised release were read to the defendant and at that time, she signed a payment plan which instructed her to make payments of $25.00 per month towards her fine and special assessment. As of the writing of this Petition, the defendant has been instructed on numerous occasions to make payments towards her fine. On October 31, 2008, I met with the defendant in the office and she informed me that her fine was paid by her cousin on October 28, 2008. On November 3, 2008, I received a payment history report from the Financial Litigation Unit and discovered that the defendant still has an outstanding balance of $135.00 towards her special assessment and fine.

4.   **FAILURE TO PERFORM COMMUNITY SERVICE:**

The defendant failed to perform community service as directed.

This violation is based on the following facts:

On November 28, 2007, the conditions of supervised release were read to the defendant and at that time, the defendant was informed she had to complete 60 hours of community service, of which two were to be completed with the Mothers Against Drunk Driving Program. The defendant was instructed to report to the Front Range Community Service Office and sign up to complete her community service with them. Over the past 11 months, the defendant has been instructed to sign up with Front Range Community Service and complete her required hours. On September 25, 2008, I met with the defendant and she informed me that she would register with Front Range Community Service and complete her required hours. On November 3, 2008, I contacted Front Range Community Service and was informed that the defendant did register with their agency but they have no hours on file except for the two hours the defendant completed at the MADD program.