# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number: 07-mj-07030-MJW-01 |
| CHRISTINA VANOSTENBRIDGE | USM Number: 34679-013 |
| | David Koppa, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation, 1, as alleged in the probation officer's petition, and was found guilty of violations 2 and 4 after denial of guilt. Violation No. 3 was dismissed.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Complete Alcohol Treatment as Ordered by the Court | 11/13/08 |
| 4 | Failure to Perform Community Service | 11/13/08 |

     The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

     It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 7, 2009
Date of Imposition of Judgment

s/ Michael E. Hegarty
Signature of Judge

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judge

January 9, 2009
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 days. No supervision to follow term of imprisonment.

The defendant shall surrender for service of sentence to the U.S. Marshal's Office at 212 N. Wahsatch, Suite 204, Colorado Springs, Colorado, on or before February 4, 2009.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal